## HYMEN MASKOVSKY
*vs.*
## HIGH BROOK FARM

Superior Court          Litchfield County          File No. 9749

MEMORANDUM FILED OCTOBER 26, 1939.

*Harry Silverstone*, Special Assistant Attorney General, for Joseph M. Tone, Administrator.

*George T. George*, of Torrington, for Appellee.

ELLS, J.  Subsequent to his discharge for cause the claimant went into the milk business for himself and was endeavoring to build up a route. Upon his claim that he was not making a profit, and that he would turn his business over to his 17-year-old son if work could be found, the commissioner allowed benefits.

One who has engaged in self-employment is not totally unemployed. Yet by this ruling the claimant is to receive benefits

as for total unemployment. The test applied apparently was the success or failure of the self-employment venture. I think the correct test is the fact of self-employment, and not the ultimate outcome of it. This claimant is self-employed. The administrator contends that he is therefore not unemployed within the meaning of the act; that a man who enters upon a business venture of his own has removed himself from the labor market at least during the period of his business venture. I believe this to be a correct interpretation.

A second necessary factor is eligibility—availability. I do not believe this claimant was available within the meaning of the act.

The delay in decision is due to a misunderstanding which led the court to believe the case had been otherwise disposed of.

The appeal is sustained.